823 F.2d 284
 Theodore KANNE and Beatriz Kanne, Plaintiffs and Appellees,
v.
CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Defendant and Appellant.
 Nos. 85-5641, 85-5642.
 United States Court of Appeals,
Ninth Circuit.
 July 23, 1987.
 
 1
 Leonard Sacks, Encino, Cal., Carol A. Hay, and Andrew O. Feringa, Lakewood, Cal., for plaintiffs-appellees-appellants.
 
 
 2
 James S. Cline, Suzette Clover, David L. Bacon, and Bruce A. Beckman, Los Angeles, Cal., for defendants-appellants-appellees.
 
 
 3
 Appeal from the United States District Court for the Central District of California; Edward Rafeedie, District Judge.
 
 
 4
 Before FLETCHER and PREGERSON, Circuit Judges and WILKINS*, District Judge.
 
 ORDER
 
 5
 The parties shall submit simultaneous briefs of not more than thirty (30) pages by August 17, 1987, addressing two issues:
 
 
 6
 1) Whether the insurance policy in question is a plan governed by the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. Sec. 1001, et seq., and
 
 
 7
 2) Whether Cal.Ins.Code Sec. 790.03(h)(2) is preempted by ERISA.
 
 
 8
 Oral argument may be scheduled at a later date.
 
 
 9
 This court's opinion, filed June 4, 1987, 819 F.2d 204, is hereby withdrawn.
 
 
 
 *
 Hon. Philip C. Wilkins, Senior United States District Judge, for the Eastern District of California, sitting by designation